**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUQING ZHU, | CV 18-9698 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| L. FRANCIS CISSNA, et al., | |
| Defendants. | |

Pursuant to this Court's April 22, 2019, Minute Order granting the Motion to Dismiss filed by defendants L. Francis Cissna, Susan M. Curda, Corina Luna, USCIS, and Donna Campagnolo ("Defendants") against Liuqing Zhu ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: April 22, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE